# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LESH, as an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D'S NATURALS, LLC d/b/a NO COW,<br><br>Defendant. | Case No. 4:22-cv-01036-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: February 18, 2022<br><br>Trial Date: Not Set Yet |

ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND MOTION TO DISMISS BRIEFING SCHEDULE
CASE NO. 4:22-cv-01036-HSG

SF:4820691

The Court, having considered the Parties' Joint Stipulation to Continue Case Management Conference And Extend Motion To Dismiss Briefing Schedule, and good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

- The date of the Initial Case Management Conference shall be extended from May 31, 2022 to October 27, 2022 at 2:00 p.m., or as soon thereafter as the Court may have availability;

- The Parties shall complete their Rule 26(f) conference at least 21 days before the scheduled Initial Case Management Conference;

- The Parties shall file a Joint Case Management Conference Statement at least seven days before the scheduled Initial Case Management Conference;

- Plaintiff's opposition to Defendant's motion to dismiss shall be due on or before July 1, 2022; and

- Defendant's reply in support of its motion to dismiss shall be due on or before August 11, 2022.

**IT IS SO ORDERED**.

Dated: 5/9/2022                              By: _/s/ Haywood S. Gilliam, Jr._
                                             Hon. Haywood S. Gilliam, Jr.