UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LESH, <br><br> Plaintiff, <br><br> v. <br><br> DS NATURALS, LLC, <br><br> Defendant. | Case No. 22-cv-01036-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on May 9, 2023. Having considered the parties' proposal, *see* Dkt. No. 40, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 19, 2023 |
| Deadline for Plaintiff to file motion for class certification and produce any expert report(s) in support of the motion | December 19, 2023 |
| Deadline for Defendant to oppose the motion for class certification and produce any expert report(s) in support of the opposition | February 13, 2024 |
| Deadline for Plaintiff to file reply in support of class certification <br><br> *Note: Reply reports shall be limited to critiques of rebuttal class certification expert reports and shall not include new surveys or new affirmative evidence.* | April 9, 2024 |
| Hearing on motion for class certification | May 9, 2024, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 5/10/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge