WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
LENA GANKIN (CA SBN 33047)
LGankin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
D'S NATURALS, LLC d/b/a NO COW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CAROL LESH, as an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D'S NATURALS, LLC d/b/a NO COW,<br><br>Defendant. | Case No. 4:22-cv-01036-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER CONTINUING MEDIATION DEADLINE**<br><br>**[CIVIL L.R. 6-2]**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: February 18, 2022<br>FAC Filed: April 5, 2023 |

1  Pursuant to Civil Local Rule 6-2, Plaintiff Carol Lesh ("Plaintiff") and Defendant D'S
2  Naturals, LLC d/b/a No Cow ("Defendant" or "No Cow") (collectively, "the Parties") through
3  their undersigned counsel, hereby stipulate as follows:
4  WHEREAS, this action was filed in this Court on February 18, 2022 (Dkt. No. 1);
5  WHEREAS, Defendant answered the First Amended Complaint on April 19, 2023 (Dkt.
6  No. 37);
7  WHEREAS, on May 2, 2023, the Parties agreed to participate in private mediation
8  through JAMS or a similar provider and to hold the ADR session by August 7, 2023 (Dkt. No.
9  41);
10 WHEREAS, on May 3, 2023, the Court referred this matter to private ADR to be
11 completed by August 7, 2023 (Dkt. No. 42);
12 WHEREAS, the parties have been meeting and conferring regarding Plaintiff's claims and
13 independently exploring resolution of Plaintiff's claims outside of ADR;
14 WHEREAS, the parties have been unable to complete mediation by August 7, 2023, but
15 remain interested in private ADR;
16 WHEREAS, the parties believe that it would conserve resources and promote judicial
17 efficiency to extend the parties' deadline to hold an ADR session;
18 WHEREAS, this stipulation is made in good faith, without any purpose of undue delay,
19 and for the purpose of efficiency;
20 WHEREAS, the parties have agreed that the deadline for the parties' to hold an ADR
21 session shall be extended to and including October 15, 2023;
22 NOW THEREFORE, IT IS HEREBY AGREED and STIPULATED that the Parties shall
23 have to and including October 15, 2023 to hold a private ADR session.
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: August 7, 2023 | WILLIAM F. TARANTINO |
| 2 | | LENA GANKIN |
| | | MORRISON & FOERSTER LLP |

By:  */s/ William F. Tarantino*
     WILLIAM F. TARANTINO

Attorneys for Defendant
D'S NATURALS, LLC d/b/a NO COW

Dated: August 7, 2023

SETH A. SAFIER
KALI BACKER
GUTRIDE SAFIER LLP

By:  */s/ Seth A. Safier (with permission)*
     SETH A. SAFIER

Attorneys for Plaintiff

**ECF ATTESTATION**

I, William F. Tarantino, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING MEDIATION DEADLINE**.  In compliance with Civil Local Rule 5-1(h), I hereby attest that Seth A. Safier has concurred in this filing.

Dated:  August 7, 2023

WILLIAM F. TARANTINO
LENA GANKIN
MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
     WILLIAM F. TARANTINO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Parties shall have to and including October 15, 2023 to hold a private ADR session.

DATED:  8/8/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge