William F. Tarantino (State Bar No. 215343)
WTarantino@mofo.com
Lena Gankin (State Bar No. 333047)
LGankin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*

**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
 kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL LESH, as an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D'S NATURALS, LLC d/b/a NO COW,<br><br>Defendant. | Case No. 4:22-cv-01036-HSG<br><br>**STIPULATION AND ORDER TO STAY CASE DEADLINES (L.R. 6-2)**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Action Filed:  February 18, 2022<br>FAC Filed:  April 5, 2023 |

**STIPULATION**

Pursuant to Northern District of California Local Rule 6-2 and 7-12, Plaintiff Carol Lesh ("Plaintiff") and Defendant D's Naturals LLC d/b/a No Cow ("Defendant" or "No Cow"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on February 18, 2022, Plaintiff filed her Complaint (Dkt. No. 1);

WHEREAS, on April 26, 2022, No Cow filed a Motion to Dismiss Plaintiff's Complaint (Dkt. No. 17);

WHEREAS, on March 15, 2023, the Court granted in part and denied in part No Cow's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 33);

WHEREAS, on April 5, 2023, Plaintiff filed her First Amended Complaint (Dkt. No. 34);

WHEREAS, on April 19, 2023, No Cow Answered Plaintiff's First Amended Complaint (Dkt. No. 37);

WHEREAS, on May 10, 2023, the Court entered its Order setting case deadlines in this matter, including; class certification motion on December 19, 2023; opposition to class certification motion on February 13, 2024; reply to class certification motion on April 9, 2024; and hearing on the class certification motion on May 9, 2024 (Dkt. No. 44);

WHEREAS, on September 5, 2023, the parties filed their only Discovery Letter Brief in this matter (Dkt. No. 53);

WHEREAS, on September 6, 2023, this Court referred this case, including the parties' Discovery Letter Brief, for discovery purposes to Magistrate Judge Thomas S. Hixson;

WHEREAS, on September 6, 2023, the Parties reached an agreement in principle to resolve this matter;

WHEREAS, on September 7, 2023, Judge Hixson scheduled an in-person discovery hearing regarding the parties' Discovery Letter Brief for September 14, 2023 (Dkt. No. 56);

WHEREAS, the parties have met and conferred and agreed to an up to 14-day stay of all deadlines, including fact discovery and class certification briefing deadlines as well as discovery hearings, to allow the parties to finalize a potential settlement;

WHEREAS, the parties believe that an up to 14-day stay to allow the parties to explore

STIPULATION TO STAY (L.R. 6-2)
CASE NO. 4:22-CV-01036-HSG
sf-5633534

2

1 | resolution may avoid the costs of discovery and class certification briefing, and promote judicial
2 | efficiency;

3 |     WHEREAS, the parties respectfully request that the September 14, 2023 in-person
4 | discovery hearing be adjourned to promote judicial efficiency and conserve the resources of the
5 | parties and the Court;

6 |     WHEREAS, this stipulation is made in good faith and not for delay or any other improper
7 | purpose.

8 |     THEREFORE, IT IS AGREED AND STIPULATED that:

9 |     1.    All case deadlines and motion practice in this action are stayed for up to 14 days,
10 | until on or before September 27, 2023;

11 |     2.    If the parties have not resolved this action within 14 days from the date of this
12 | stipulation (i.e., by September 27, 2023), the parties will file a status report and/or request an
13 | immediate status conference with the Court to address case scheduling.

Dated: September 13, 2023　　　　MORRISON & FOERSTER LLP

By:   */s/ William F. Tarantino*
　　　WILLIAM F. TARANTINO

Attorneys for Defendant
D'S NATURALS, LLC d/b/a NO COW

Dated: September 13, 2023　　　　SETH A. SAFIER
KALI BACKER
GUTRIDE SAFIER LLP

By:   */s/ Seth A. Safier (with permission)*
　　　SETH A. SAFIER

Attorneys for Plaintiff

**ATTESTATION OF E-FILED SIGNATURE**

I, William F. Tarantino, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Seth Safier has concurred in this filing.

Dated: September 13, 2023

*/s/ William F. Tarantino*
WILLIAM F. TARANTINO

Attorneys for Defendant
D'S NATURALS, LLC d/b/a NO COW

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the case schedule is stayed for up to 14 days, until on or before September 27, 2023. The September 14, 2023 in-person discovery hearing is adjourned.

DATED: 9/14/2023

HON. HAYWOOD S. GILLIAM, JR
United States District Court Judge