**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LESH, on behalf of herself and those similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>D'S NATURALS, LLC,<br><br>         Defendant. | Case No. 4:22-cv-01036-HSG<br><br>STIPULATION OF DISMISSAL |

Plaintiff CAROL LESH ("Plaintiff") and D'S NATURALS, LLC ("Defendant") submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant (collectively, the "Parties") hereby stipulate to the dismissal of Plaintiff's claims with prejudice. The Parties further stipulate that such dismissal is without prejudice as to the claims of absent putative class members. Each party shall bear its own attorneys' fees and costs.

Dated: September 27, 2023

**GUTRIDE SAFIER LLP**

/s/Seth A. Safier/s/
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff, CAROL LESH

Dated: September 27, 2023

**MORRISON & FOERSTER LLP**

/s/Lena Gankin/s/
_____
Lena Gankin, Esq.
425 Market St.
San Francisco, CA 94105
Attorneys for Defendant D'S NATURALS, LLC